UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA LLOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  2:20-cv-01727-JDP (SS)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>RESPONSE DUE WITHIN 14 DAYS |

　　　　On June 3, 2021, the court issued a scheduling order requiring plaintiff to file a motion for summary judgment within 45 days of the service of the administrative record.  ECF No. 16. Plaintiff has not filed a motion.  Accordingly, the court will order plaintiff to show cause why this case should not be dismissed for failure to prosecute.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines.  The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with a court order.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.  The court will give plaintiff a chance to explain why the court should not dismiss the case for

plaintiff's failure to prosecute.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case.

Accordingly:

1. Plaintiff is ordered to show cause within 14 days why this case should not be dismissed for failure to prosecute.
2. If plaintiff wishes to prosecute this case, a motion for summary judgment must also be filed within 14 days.

IT IS SO ORDERED.

Dated:   March 11, 2022                                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

2