# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA LLOYD,<br><br>          Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 2:20-cv-01727-JDP (SS)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>ECF No. 17 |

     For good cause shown, the court's March 14, 2022, order to show cause, ECF No. 17, is hereby discharged. The outstanding deadlines in the scheduling order, ECF No. 16, remain in effect.

IT IS SO ORDERED.

Dated:   March 31, 2022                                   

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28